AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CAPRONI, VALERIE E. | SOUTHERN DISTRICT OF NEW YORK | 08/03/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

40 FOLEY SQUARE, ROOM 240
NEW YORK, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER OF BOARD OF VISITORS | UNIVERSITY OF GEORGIA, SCHOOL OF PUBLIC AND INTERNATIONAL AFFAIRS, ATHENS, GA. |
| 2. | CO-EXECUTOR ███████ ESTATE | ESTATE ███████████ |
| 3. | MEMBER OF RESIDENTIAL COOPERATIVE BOARD | ███████████ NEW YORK, NY |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2014 | NORTHROP GRUMMAN LONG TERM INCENTIVE PLAN PAYOUT FROM 2011 GRANT AND 2013 BONUS | $2,723,211.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 08/03/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PCN MORTGAGE CO. | MORTGAGE ON RENTAL PROPERTY #1, WASHINGTON, DC (PT. VII, LINE 109) | N |
| 2. | CITIBANK | MORTGAGE ON RENTAL PROPERTY #2, NEW YORK, NY (PT. VII, LINE 110) | O |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. --APPLE INC. COMMON STOCK(X) | A | Dividend | J | T | | | | | |
| 3. --CISCO SYSTEMS INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 4. --WALT DISNEY CO. COMMON STOCK | A | Dividend | L | T | | | | | |
| 5. --EXPRESS SCRIPTS HOLDING CO. COMMON STOCK | | None | K | T | | | | | |
| 6. --FORD MOTOR CO. (NEW) COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. --GAP INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 8. --INTEL CORP. COMMON STOCK | A | Dividend | K | T | | | | | |
| 9. --KEYCORP INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. --MERCK & CO. COMMON STOCK | B | Dividend | L | T | | | | | |
| 11. --PFIZER COMMON STOCK | A | Dividend | K | T | | | | | |
| 12. --SYNOVUS FINANCIAL CORP. (NEW) COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. --VANGUARD INTERMEDIATE TERM TAX EXEMPT FUND (X) | A | Dividend | K | T | | | | | |
| 14. --VANGUARD SHORT TERM INVESTMENT GRADE FUND (X) | A | Dividend | J | T | Sold (part) | 04/14/14 | J | A | |
| 15. | | | | | Sold (part) | 05/12/14 | J | A | |
| 16. --GABELLI SMALL CAP GROWTH FUND | A | Dividend | J | T | Sold (part) | 06/16/14 | K | D | |
| 17. --LAUDUS INTERNATIONAL MARKETMASTERS FUND | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --SCHWAB 1000 INDEX FUND | C | Dividend | L | T | | | | | |
| 19. --AFLAC COMMON STOCK (X) | | | | | Sold | 04/29/14 | J | B | |
| 20. --AES COMMON STOCK | | | | | Sold | 03/18/14 | J | A | |
| 21. --ALTRIA COMMON STOCK (X) | | | | | Sold | 01/06/14 | J | A | |
| 22. --AMERICAN CENTURY EQUITY INCOME FUND | | | | | Sold (part) | 05/30/14 | K | C | |
| 23. | | | | | Sold | 06/16/14 | K | C | |
| 24. --ATMOS ENERGY CORP. COMMON STOCK(X) | | | | | Sold | 03/31/14 | J | A | |
| 25. --CATERPILLAR INC. COMMON STOCK (X) | | | | | Sold | 03/24/14 | J | A | |
| 26. --DUKE ENERGY CORP. COMMON STOCK | | | | | Sold | 03/21/14 | J | B | |
| 27. --GENERAL ELECTRIC CO. COMMON STOCK (X) | | | | | Sold | 03/28/14 | J | A | |
| 28. --JPMORGAN CHASE & CO. COMMON STOCK | | | | | Sold (part) | 03/18/14 | J | B | |
| 29. | | | | | Sold (part) | 03/20/14 | J | C | |
| 30. | | | | | Sold | 03/21/14 | J | B | |
| 31. --LOWES COMPANIES COMMON STOCK (X) | | | | | Sold | 03/28/14 | J | A | |
| 32. --LSI CORP. COMMON STOCK | | | | | Sold | 05/06/14 | J | A | |
| 33. --NEXTERA ENERGY INC. COMMON STOCK (X) | | | | | Sold | 03/31/14 | J | A | |
| 34. --NUVEEN GEORGIA DIVIDEND ADVANTAGED MUNICIPAL FUND (X) | | | | | Sold | 01/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --PIMCO TOTAL RETURN FUND | | | | | Sold | 04/04/14 | J | A | |
| 36. --POWERSHS EXCH TRADED EMERGING MKTS SOVEREIGN DEBT PORTFOLIO (X) | | | | | Sold | 04/01/14 | J | | |
| 37. --SCHWAB US DIVIDEND EQUITY ETF (X) | | | | | Sold | 05/30/14 | J | A | |
| 38. --SCHWAB TAX FREE BOND FUND | | | | | Sold (part) | 05/30/14 | K | B | |
| 39. | | | | | Sold | 06/11/14 | K | A | |
| 40. --THE SOUTHERN CO. COMMON STOCK (X) | | | | | Sold | 03/17/14 | J | | |
| 41. --TOTAL SYSTEMS SERVICES COMMON STOCK (X) | | | | | Sold | 05/08/14 | J | B | |
| 42. --UNITED PARCEL SERVICE COMMON STOCK (X) | | | | | Sold | 04/02/14 | J | A | |
| 43. --VANGUARD LIFE STRATEGY CONSERVATIVE GROWTH FUND(X) | | | | | Sold (part) | 04/14/14 | K | B | |
| 44. | | | | | Sold (part) | 05/07/14 | K | A | |
| 45. | | | | | Sold (part) | 05/30/14 | J | A | |
| 46. | | | | | Sold | 06/11/14 | J | A | |
| 47. --ZOETIS INC. COMMON STOCK (X) | | | | | Sold | 04/04/14 | J | A | |
| 48. SCHWAB BANK DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 49. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 50. --NORTHROP GRUMMAN COMMON STOCK (X) | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold (part) | 03/26/14 | M | C | |
| 52. | | | | | Sold (part) | 04/07/14 | M | C | |
| 53. | | | | | Sold (part) | 04/22/14 | M | A | |
| 54. | | | | | Sold (part) | 05/30/14 | M | B | |
| 55. | | | | | Sold (part) | 06/19/14 | M | C | |
| 56. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 57. --BLACKROCK GLOBAL SMALL-CAP FUND INSTITUTIONAL SHARES (X) | C | Dividend | K | T | Buy | 03/17/14 | K | | |
| 58. --VANGUARD EXTENDED MARKET INDEX FUND ETF SHARES (X) | A | Dividend | J | T | | | | | |
| 59. --VANGUARD FTSE ALL-WORLD EX-US INDEX FUND ADMIRAL SHARES (X) | A | Dividend | K | T | | | | | |
| 60. --WISDOM TREE EMERGING MARKETS EQUITY INCOME FUND (X) | A | Dividend | K | T | Buy | 09/29/14 | K | | |
| 61. --WISDOM TREE EMERGING MARKETS SMALL-CAP DIVIDEND FUND (X) | A | Dividend | K | T | Buy | 03/17/14 | K | | |
| 62. --INTEL CORP. COMMON STOCK (X) | A | Dividend | | | Sold | 09/29/14 | J | | |
| 63. --GUGGENHEIM S&P 500 EQUAL WEIGHT ETF (X) | | | | | Sold | 09/29/14 | K | | |
| 64. --VANGUARD LIFESTRATEGY CONSERVATIVE GROWTH FUND (X) | | | | | Sold | 03/17/14 | L | | |
| 65. --BROKERAGE BANK SWEEP ACCOUNT (X) | | | K | T | | | | | |
| 66. BROKERAGE ACCOUNT #4 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. --BROKERAGE BANK SWEEP ACCOUNT (X) | | | K | T | | | | | |
| 68. --VANGUARD LIFESTRATEGY MODERATE GROWTH FUND (X) | | | | | Sold | 03/17/14 | K | | |
| 69. --VANGUARD STRATEGIC EQUITY FUND (X) | | | | | Sold | 03/17/14 | J | | |
| 70. --AMERICAN FUNDS CAPITAL INCOME BUILDER (X) | C | Dividend | L | T | | | | | |
| 71. --AMERICAN FUNDS CAPITAL WORLD GROWTH & INCOME (X) | B | Dividend | L | T | | | | | |
| 72. --AMERICAN FUNDS GLOBAL BALANCED (X) | B | Dividend | L | T | | | | | |
| 73. --AMERICAN FUNDS NEW PERSPECTIVE (X) | C | Dividend | K | T | | | | | |
| 74. --AMERICAN FUNDS SMALL-CAP WORLD (X) | C | Dividend | K | T | | | | | |
| 75. --ARBITRAGE FUND (ARBNX) (X) | A | Dividend | K | T | | | | | |
| 76. --BLACKROCK GLOBAL ALLOCATION FUND (X) | C | Dividend | K | T | | | | | |
| 77. --BLACKROCK MULTI-ASSET INCOME PORTFOLIO (X) | A | Dividend | K | T | Buy | 09/29/14 | K | | |
| 78. --CALAMOS EVOLVING WORLD GROWTH FUND (X) | B | Dividend | K | T | | | | | |
| 79. --CALAMOS MARKET NEUTRAL INCOME FUND (X) | A | Dividend | K | T | | | | | |
| 80. --FPA CRESCENT FUND (X) | B | Dividend | K | T | Buy | 03/17/14 | K | | |
| 81. --GABELLI SMALL-CAP GROWTH FUND (X) | B | Dividend | L | T | | | | | |
| 82. --GATEWAY FUND (X) | A | Dividend | K | T | | | | | |
| 83. --HEARTLAND VALUE PLUS FUND (X) | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. --JOHN HANCOCK FUNDS DISCIPLINED VALUE FUND (X) | B | Dividend | K | T | | | | | |
| 85. --JPMORGAN INCOME BUILDER FUND SELECT CLASS (X) | C | Dividend | L | T | | | | | |
| 86. --JPMORGAN LARGE-CAP GROWTH FUND SELECT CLASS (X) | B | Dividend | L | T | | | | | |
| 87. --LAUDUS INTERNATIONAL MARKETMASTERS FUND (X) | A | Dividend | L | T | | | | | |
| 88. --MAINSTAY MARKETFIELD FUND (X) | | | K | T | Buy | 09/29/14 | K | | |
| 89. --OPPENHEIMER GLOBAL VALUE FUND (X) | A | Dividend | K | T | Buy | 03/17/14 | L | | |
| 90. --PIMCO ALL ASSET ALL AUTHORITY FUND INSTITUTIONAL CLASS (X) | B | Dividend | K | T | | | | | |
| 91. --PRINCIPAL GLOBAL DIVERSIFIED INCOME FUND (X) | C | Dividend | L | T | | | | | |
| 92. --PRUDENTIAL ABSOLUTE RETURN BOND Z (X) | A | Dividend | K | T | | | | | |
| 93. --PRUDENTIAL GLOBAL REAL ESTATE (X) | A | Dividend | K | T | | | | | |
| 94. --PRUDENTIAL JENNISON NATURAL RESOURCES FUND (X) | | | K | T | | | | | |
| 95. --PRUDENTIAL SHORT DURATION HIGH-YIELD INCOME FUND (X) | B | Dividend | K | T | | | | | |
| 96. --SCHRODER EMERGING MARKET EQUITY FUND (X) | A | Dividend | K | T | | | | | |
| 97. --SCHRODER INTERNATIONAL MULTI-CAP VALUE FUND (X) | C | Dividend | K | T | Buy | 03/17/14 | L | | |
| 98. --TEMPLETON GLOBAL TOTAL RETURN ADVANTAGE (X) | C | Dividend | K | T | | | | | |
| 99. --VAN ECK UNCONSTRAINED EMERGING MARKETS BOND FUND (X) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. --WISDOM TREE EMERGING MARKETS SMALL-CAP DIVIDEND FUND (X) | A | Dividend | K | T | | | | | |
| 101. --AMERICAN CENTURY ZERO COUPON 2015 FUND | | | | | Sold (part) | 03/17/14 | K | | |
| 102. | | | | | Sold | 09/30/14 | K | | |
| 103. --IVY ASSET STRATEGY FUND (X) | | | | | Sold | 10/02/14 | K | | |
| 104. BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 105. --BROKERAGE ACCOUNT BANK SWEEP ACCOUNT (X) | A | | K | T | | | | | |
| 106. --VANGUARD LIFE STRATEGY MODERATE GROWTH FUND (X) | | | | | Sold | 03/17/14 | K | | |
| 107. --VANGUARD STRATEGIC EQUITY FUND (X) | | | | | Sold | 03/17/14 | J | | |
| 108. JPMORGAN CHASE CASH ACCOUNTS | A | Interest | K | T | | | | | |
| 109. CITIBANK CASH ACCOUNTS (X) | A | Interest | L | T | | | | | |
| 110. RENTAL PROPERTY #1, WASHINGTON, DC (X) | D | Rent | | | Sold | 05/23/14 | P1 | A | JONATHAN AND TRACY SACKS |
| 111. RENTAL PROPERTY #2, NEW YORK, NY (X) | E | Rent | P1 | R | Buy | 09/04/14 | P1 | | R. BOUTON AND E. WONG |
| 112. US SAVINGS BONDS | | None | K | T | | | | | |
| 113. IRA #1 (CLOSED) | | | | | | | | | |
| 114. --AMERICAN CENTURY INVESTMENTS ZERO COUPON 2025 FUND (Y) | | | | | | | | | |
| 115. --LAUDUS MONDRIAN INTERNATIONAL FIXED INCOME FUND (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 08/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 116. --PIMCO TOTAL RETURN FUND (Y) | | | | | | | | | |
| 117. --VANGUARD GNMA FUND (Y) | | | | | | | | | |
| 118. WELLS FARGO CASH ACCOUNTS | A | | | | Closed | 09/12/14 | M | | |
| 119. JUSTICE FEDERAL CREDIT UNION CASH ACCOUNT (Y) | | | | | | | | | |
| 120. 401K#1 (CLOSED) | | | | | | | | | |
| 121. --NORTHROP GRUMMAN US FIXED INCOME FUND | | | | | Sold | 02/06/14 | K | A | |
| 122. --NORTHROP GRUMMAN LARGE US EQUITY FUND | | | | | Sold | 02/06/14 | J | A | |
| 123. --NORTHROP GRUMMAN INTERNATIONAL EQUITY FUND | | | | | Sold | 02/06/14 | K | A | |
| 124. --NORTHROP GRUMMAN SMALL US EQUITY FUND | | | | | Sold | 02/06/14 | J | A | |
| 125. --NORTHROP GRUMMAN EMERGING MARKETS EQUITY FUND | | | | | Sold | 02/06/14 | K | A | |
| 126. 401K#2 (CLOSED) | | | | | | | | | |
| 127. -- FIRST MANHATTAN FUND (Y) | | | | | | | | | |
| 128. --RUANE CUNNIFF & GOLDFARB FUND (Y) | | | | | | | | | |
| 129. --TWEEDY BROWNE GLOBAL FUND (Y) | | | | | | | | | |
| 130. --PIMCO TOTAL RETURN FUND (Y) | | | | | | | | | |
| 131. NATIONAL LIFE INSURANCE WHOLE LIFE POLICIES | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAPRONI, VALERIE E. | 08/03/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I, LINE 2: ESTATE HAS NO REPORTABLE ASSETS. ESTATE HAS BEEN DISTRIBUTED TO BENEFICIARIES. TO THE EXTENT I WAS THE BENEFICIARY, THE ASSET HAS BEEN REPORTED IN PART VII.

PART VII, LINES 110 AND 111: LINE 110 REFLECTS RENTAL OF ███████████ ███████ AFTER I MOVED TO NY AND BEFORE I SOLD THE HOUSE. SIMILARLY, LINE 111 REFLECTS███████████████, WHICH WAS LEASED BACK TO SELLERS FOR SEVERAL MONTHS AFTER CLOSING.

PART VII, LINE 111: ACTUAL PURCHASE PRICE WAS $2,575,000.

PART VII, LINES 113-117: IRA#1 WAS ROLLED OVER TO AN INVESTMENT ADVISOR ON 09/27/2013.

PART VII, LINE 118: CLOSING DATE IS APPROXIMATE. I DON'T RECALL EXACTLY WHEN THE ACCOUNT WAS CLOSED AND I CANNOT FIND ANY RECORDS, BUT I BELIEVE IT WAS IN SEPTEMBER 2014.

PART VII, LINES 126-130: 401K #2 WAS ROLLED OVER TO AN INVESTMENT ADVISOR ON 10/11/2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ VALERIE E. CAPRONI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544